# UNITED STATES DISTRICT COURT

for the

__Middle__ District of __Tennessee__

__VI__ Division

RECEIVED

JUL 3 1 2025

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

__Antonio Clark__
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

__Metro Government Tennessee__

__Davidson County__
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

) Case No. _____
) (to be filled in by the Clerk's Office)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: AnTonio Clark
   All other names by which you have been known:
   ID Number: 223067
   Current Institution: Davidson County Sheriff's Office
   Address: Nashville, TN 37219-6383
   City / State / Zip Code

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Shawn T. Koelin
   Job or Title (if known): Metro Government Davidson County Police Officer
   Shield Number: 391634
   Employer: Metropolitan Nashville Police Department
   Address: 600 Murfreesboro Rd., Nashville, TN 37210
   [X] Individual capacity  [X] Official capacity

   Defendant No. 2
   Name:
   Job or Title (if known):
   Shield Number:
   Employer:
   Address:
   [ ] Individual capacity  [ ] Official capacity

Defendant No. 3
    Name _____
    Job or Title *(if known)* _____
    Shield Number _____
    Employer _____
    Address _____
        *City    State    Zip Code*
    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name _____
    Job or Title *(if known)* _____
    Shield Number _____
    Employer _____
    Address _____
        *City    State    Zip Code*
    ☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☒ State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    Metro government Employee Officer Shawn T. Kaelin violated Fourth Amendment Search and Seizure, Malicious Prosecution, Theft property, Race Discrimination, Misconduct, Policy Professional Accountability

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Officer-Shawn T. Koelin-10/3/2024 Arrest Plaintiff Antonio Clark. 5 grams-C-Felony, Drug Paraphernia Race discrimination of 42.U.S.C.1981 And the Tennessee Act, officer Search plaintiff Antonio Clark Did not found no possession no drug no paraphernia

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose. 10/3/2024 Plaintiff Antonio Clark sitting on Benches Korean, Veteran Blvd, 2nd Ave. S. officer-Shawn T. Koelin False Arrest Me Without Probable Cause violated Fourth Search And Seizure, Malicious-Prosection Amendment

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

C. What date and approximate time did the events giving rise to your claim(s) occur? 10/3/2024 Officer Shawn T. Koelin violated Fourth Amendment Search Search And Seizure, Malicious Prosection, Theft Property Race Discrimination Policy O.P.A Office of Professional Accountability

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* 10/3/2024 Officer Shawn T. Koelin took Plaintiff Antonio Clark $120 Dollar Arrest Me Selling Drug did not found No Drug weed Officer Search Plaintiff Antonio Clark. Officer Shawn T. Koelin Search Anthony Scott, Michael Aslle, Michael Williams, Several other people Had Crack Cocaine Did not go jail

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Plaintiff Antonio Clark Request Court Granted Controvey Relief $200,000 violated Fourth Search And Seizue, Malicious, Theft Property, Race Discrimination against Metro governmental Entity Seek Redress From Employee Municial Liability Claim responsible Action For Employee Action $200,000 punitive Damages

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

 A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

  ☐ Yes

  ☒ No

  If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

 B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

  ☐ Yes

  ☒ No

  ☐ Do not know

 C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

  ☐ Yes

  ☒ No

  ☐ Do not know

  If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

   NO

2. What did you claim in your grievance?

   NO

3. What was the result, if any?

   NO

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   NO

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   __NO__

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   __NO__

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   __NO__
   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

VIII. **Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☒ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Judge-William L. Campbell Dismiss, September 2024 without Conviction

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Antonio Clark
   Defendant(s) Adam D. Cruther

2. Court *(if federal court, name the district; if state court, name the county and State)*
   United States District Court Middle District of Tennessee

3. Docket or index number
   01085

4. Name of Judge assigned to your case
   Judge-Campbell

5. Approximate date of filing lawsuit
   11/2/2022

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Case Dismiss

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)    NO
   Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*

   NO

3. Docket or index number
   NO

4. Name of Judge assigned to your case
   NO

5. Approximate date of filing lawsuit
   NO

6. Is the case still pending?
   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition    NO

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   NO

Page 10 of 11

Case 3:25-cv-00868   Document 1   Filed 07/31/25   Page 10 of 13 PageID #: 10

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/24/2025

Signature of Plaintiff: Antonio Clark
Printed Name of Plaintiff: Antonio Clark
Prison Identification #: 223067
Prison Address: Davidson County Sheriff's Office
Nashville, TN 37219-6383
*City* *State* *Zip Code*

B. **For Attorneys**

Date of signing: Pro Se

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
*City* *State* *Zip Code*
Telephone Number:
E-mail Address:



NAME Antonio Clark
OCA 585067
DAVIDSON COUNTY SHERIFF'S OFFICE
P.O. BOX 196383
NASHVILLE, TN 37219-6383

U.S. District Court, Middle District of Tennessee, 801 Broadway, Nashville
TN 37203

RECEIVED
JUL 31 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

